IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN YOUNG; EZEKIEL YOUNG | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 08-4610 |
| | : | |
| v. | : | |
| | : | |
| ST JAMES MANAGEMENT, LLC; STONEHENGE-WALNUT, LLC; and STONEHENGE ADVISORS, LLC (DBA) STONGEHENGE-WALNUT) | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE
UNDER FEDERAL RULES OF EVIDENCE 401, 402 AND 403**

Plaintiffs, Stephen Young and Ezekiel Young move to exclude the following prior to trial on the bases that the same is either irrelevant or the potential prejudice would outweigh any possible relevance:

1. Any reference to Plaintiff Stephen Young's previous employment history, that is, the name of the employer, rate of pay, length of employment, disciplinary record, work conditions, reason of leaving employment and/or any and all information that may impact the present litigation.

2. Any reference to Plaintiff Stephen Young's post St. James Management employment history, that is, name of the employer, rate of pay, length of employment, disciplinary record, work conditions, reason of leaving employment and/or any and all information that may impact the present litigation.

3. Any reference to the settlement agreement between Plaintiff Stephen Young, Defendant St. James Management and the International Union of Operating Engineers local 835 dated September 9, 2008.

                                                  Respectfully submitted,

Dated: May 18, 2010

                                                  _____
                                                  Lacy R. Wheeler III, Esquire
                                                  Attorney for Plaintiff
                                                  12 Veterans Square
                                                  Media, PA 19063

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN YOUNG; EZEKIEL YOUNG | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 08-4610 |
| | : | |
| v. | : | |
| | : | |
| ST. JAMES MANAGEMENT, LLC, | : | |
| STONEHENGE-WALNUT, LLC, and | : | |
| STONEHENGE ADVISORS, LLC (d.b.a. | : | |
| STONEHENGE-WALNUT), | : | |
| | | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, Lacy R. Wheeler III, Esquire, hereby certify that on May 18, 2010, I caused a true and correct copy of the foregoing Plaintiff's Motion in Limine and Memorandum of Law to be served on the following via Regular mail:

Gianna M. Karapelou, Esq.
Klehr, Harrison, Harvey,
Branzburg
1835 Market Street
Philadelphia, Pa 19103


Dated: May 18, 2010                                                                   _____
                                                                                                                        Lacy R. Wheeler III, Esquire