## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN YOUNG, et al., | : | |
|     Plaintiffs | : | CIVIL ACTION |
| | : | |
|     v. | : | NO. 08-4610 |
| | : | |
| STONEHENGE ADVISORS, et al., | : | |
|     Defendants | : | |
| | : | |

## **ORDER**

**AND NOW**, this _29th___ day of October 2010, it is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. # 56) is **DENIED** in part and **GRANTED** in part.

• Defendants' motion for summary judgment on Plaintiff Steven Young's Title VII claim (Count I) and his PHRA claim (Count II) is denied.

• Defendants' motion for summary judgment on Steve's claim for negligent violation of Title VII (Count III) is granted.

• Defendants' motion for summary judgment on Plaintiff Ezekiel Young's claims is granted.

                                                                        s/Anita B. Brody

                                                      _____
                                                         ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                      Copies **MAILED** on _____ to: